UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT JOHNSON,

                Petitioner,

v.

WILLIAM GITTERE, *et al.*,

                Respondents.

Case No. 3:20-cv-00591-MMD-CLB

ORDER

      Petitioner Robert Johnson, a Nevada state prisoner, has submitted a *pro se* Petition for Writ of Habeas Corpus (ECF No. 1-1) pursuant to 28 U.S.C. § 2254. This habeas matter is before the Court for consideration of Johnson's Application to Proceed *In Forma Pauperis* (ECF No. 1).

      Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. A federal district court may authorize a person to begin an action without prepaying fees and costs if the person submits an IFP application on the approved form along with the appropriate supporting documentation. *See* 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

      Although Johnson submitted the required form, the supporting documents show he is able to pay the $5.00 filing fee. Thus, he does not qualify for a fee waiver. The Court therefore denies Johnson's IFP application and gives him 45 days to pay the filing fee.

      It is therefore ordered that Petitioner Robert Johnson's Application to Proceed *In Forma Pauperis* (ECF No. 1) is denied.

      It is further ordered that Johnson must pay the $5 filing fee by December 7, 2020.

      The Clerk of Court is instructed to send Johnson *two* copies of this order. Johnson must arrange to have a copy of this order attached to the check for the filing fee.

      The initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases and consideration of the Motion for Appointment

of Counsel (ECF No. 1-2) are deferred to until such time as Johnson has fully complied with this order.

Failure to timely comply with this order will result in the dismissal of this action without further advance notice.

DATED THIS 22nd Day of October 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE