UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT JOHNSON,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:20-cv-00591-MMD-CLB

ORDER

Good cause appearing, it is hereby ordered that Respondents' first Motion for Enlargement of Time (ECF No. 9) is granted. Respondents have until April 2, 2021, to answer or otherwise respond to the petition for writ of habeas corpus (ECF No. 7) in this case.

DATED THIS 2nd Day of February 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE