UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ROBERT JOHNSON, | Case No. 3:20-cv-00591-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Good cause appearing, it is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 27) is granted. Respondents have until February 18, 2022, to answer the remaining claims of the petition for writ of habeas corpus (ECF No. 7) in this case.

Also before the Court is Petitioner Robert Johnson's Motion for Enlargement of Time (ECF No. 31). He requests a 90-day enlargement of time "due to [him] getting out of prison and trying to hire myself a lawyer on my behalf." (ECF No. 31.) The current deadline for Respondents to answer the remaining claims of the petition for writ of habeas corpus has been extended to February 18, 2022. Johnson will have 60 days from service of the answer to file a reply. Accordingly, Johnson's motion will be denied without prejudice.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 27) is granted.

///

///

///

///

It is further ordered that Petitioner Johnson's Motion for Enlargement of Time (ECF No. 31) is denied without prejudice.

DATED THIS 22nd Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE