UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT JOHNSON,<br><br>　　　　　　Petitioner,<br>　v.<br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:20-cv-00591-MMD-CLB<br><br>ORDER |

Good cause appearing, it is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 34) is granted. Respondents have until April 19, 2022, to answer the remaining claims of the petition for writ of habeas corpus (ECF No. 7) in this case.

DATED THIS 1st Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE