UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT JOHNSON, | Case No. 3:20-cv-00591-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' Motion for Enlargement of Time (ECF No. 37) is granted. Respondents have until June 20, 2022 to answer the remaining claims of the petition for writ of habeas corpus (ECF No. 7) in this case.

DATED THIS 12th day of May 2022.

ANNE R TRAUM
UNITED STATES DISTRICT JUDGE