UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JOHNSON, | Case No. 3:20-cv-00591-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Petitioner's unopposed motion for extension of time to file a first amended petition (first request) ("motion") (ECF No. 45) is granted. The Court finds the motion is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion. Petitioner has until February 13, 2023, to file a first amended petition.

DATED THIS 16th day of November 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE